## C. W. TAIT v. M. B. MATTHEWS.

1. A judgment by consent of parties waives all errors committed before its rendition, and they will not be noticed by this court.

2. The case of The Buffalo Bayou, Brazos and Colorado Railroad Company v. Ferris, 26 Texas, 588, cited with approval.

ERROR from Colorado. Tried below before the Hon. I. B. McFarland.-

In 1860, the Buffalo Bayou, Brazos and Colorado Railroad Company surveyed the track of their road across the land of Matthews, the defendant in error. The parties failing to agree on the compensation to be paid Matthews by the company, the latter called for a commission of citizens, as provided by law, to assess the amount. They fixed it at $700; but the company, being dissatisfied with this award, took an appeal to the district court, in accordance with the statute, giving C. W. Tait, the plaintiff in error, as surety upon the appeal bond. After sundry proceedings in the district court, a judgment by consent of parties was entered up in favor of Matthews and against the company and Tait, its surety, for some twelve hundred and ninety-three dollars besides costs.

Tait brings the case to this court, assigning as error the sustaining certain exceptions to the pleadings, etc.

*R. V. Cook*, for the plaintiff in error.

*R. L. Foard*, for the defendant in error.

WALKER, J.—Any errors which might have been committed by the court prior to the rendition of a judgment by the consent of the parties are waived, and will not now be noticed by this court. The principles involved in most of the exceptions have been settled by

this court in the case of Buffalo Bayou, Brazos and Colorado Railroad Company v. George A. Ferris, 26 Texas, 588.

The judgment of the district court is affirmed with damages.

Affirmed.